**Schedule 1**

4887-2735-9218

| Entity | Contracting Party | Cure Amount |
|---|---|---|
| BIOLASE INC | BOLD INNOVATION GROUP LTD | $0.00 |
| BIOLASE INC | CLEARCHOICE MANAGEMENT SERVICES, LLC | $0.00 |
| BIOLASE INC | DENTAL FIX RX LLC | $0.00 |
| BIOLASE INC | DOCMATTER INC | $27,562.50 |
| BIOLASE INC | EBRIDGE SOFTWARE INC | $0.00 |
| BIOLASE INC | EDGE ENDO LLC | $0.00 |
| BIOLASE INC | ENTERPRISE FM TRUST | $8,957.83 |
| BIOLASE INC | FABRINET | $163,233.26 |
| BIOLASE INC | GRACE DATA CORP | $0.00 |
| BIOLASE INC | GREEN RIVER PROPERTIES LLC | $0.00 |
| BIOLASE INC | HIC GLOBAL SOLUTIONS INC | $0.00 |
| BIOLASE INC | OWNBACKUP INC | $0.00 |
| BIOLASE INC | PLATTER | $0.00 |
| BIOLASE INC | SHOPIFY INC | $0.00 |
| BIOLASE INC | TOSHIBA BUSINESS SOLUTIONS | $0.00 |
| BIOLASE INC | VALAM CORP | $0.00 |
| BIOLASE INC | VANTRON TECHNOLOGY INC | $68,221.00 |
| BIOLASE INC | Accumold | $8,850.00 |
| BIOLASE INC | AED,Inc | $1,555.20 |
| BIOLASE INC | AIRWAYS FREIGHT CORP | $26,266.59 |
| BIOLASE INC | American Academy of Facial Esthetics LLC | $9,985.00 |
| BIOLASE INC | Amphenol Corporation | $12,042.00 |
| BIOLASE INC | Anybill Financial Services, Inc | $255.19 |
| BIOLASE INC | ARMADILLO SIA | $3,691.05 |
| BIOLASE INC | ARRK Product Development Group | $10,893.80 |
| BIOLASE INC | Arrow Electronics | $17,963.19 |
| BIOLASE INC | ATLANTIC RUBBER CO, INC | $500.00 |
| BIOLASE INC | AXIAN TECHNOLOGY , INC. | $44,292.57 |
| BIOLASE INC | Azure Microdynamics, Inc. | $7,857.27 |
| BIOLASE INC | BAY ADVANCED TECHNOLOGIES | $28,505.30 |
| BIOLASE INC | BP RAPID MANUFACTURING CO LIMITED | $83,022.00 |
| BIOLASE INC | CASIX, INC | $35,508.00 |
| BIOLASE INC | Chavers Gasket Corp. | $7,893.49 |
| BIOLASE INC | Chonghong Industries Ltd. | $41,838.00 |
| BIOLASE INC | Contour Metrological & Mfg., Inc. | $46,000.00 |
| BIOLASE INC | CUSTOM PACKAGING SUPPLY, INC | $7,304.00 |
| BIOLASE INC | DARCOID COMPANY OF CALIFORNIA | $19,833.46 |
| BIOLASE INC | DDH Enterprise Inc | $18,936.46 |
| BIOLASE INC | Digi-Key | $233.29 |
| BIOLASE INC | ERNEST PACKAGING SOLUTIONS | $16,455.30 |

| BIOLASE INC | Exact Fastener and Supply | $12,237.82 |
| BIOLASE INC | Exfluential, Inc. | $12,000.00 |
| BIOLASE INC | FEMA ELECTRONICS CORPORATION | $15,187.20 |
| BIOLASE INC | FLW, Inc | $16,755.00 |
| BIOLASE INC | FOOTHILL CORPORATE I MT LLC | $166,147.13 |
| BIOLASE INC | HOUSE OF BATTERIES | $1,707.45 |
| BIOLASE INC | INTEGRATED MEDIA SOLUTIONS,LLC | $41,250.00 |
| BIOLASE INC | InterTrade Industries Ltd | $7,779.16 |
| BIOLASE INC | IOS OPTICS | $4,131.25 |
| BIOLASE INC | iPromoteu.com, Inc | $991.55 |
| BIOLASE INC | IRON MOUNTAIN INCORPORATED | $9,928.75 |
| BIOLASE INC | Johnson Products, Inc. | $158,209.50 |
| BIOLASE INC | Kee Group USA | $12,587.50 |
| BIOLASE INC | Laservision-USA | $58,223.56 |
| BIOLASE INC | LEAF | $285.13 |
| BIOLASE INC | LEFIELL MANUFACTURING CO | $6,112.50 |
| BIOLASE INC | LINDE Gas & Equipment | $558.73 |
| BIOLASE INC | LUMINA POWER | $11,550.00 |
| BIOLASE INC | Magnus Mobility Systems, Inc. | $71.79 |
| BIOLASE INC | MARCO RUBBER & PLASTIC LLC | $2,415.00 |
| BIOLASE INC | Mark Williams | $3,607.54 |
| BIOLASE INC | McMASTER-CARR | $485.20 |
| BIOLASE INC | MICROTECH DENTAL MFG. | $16,822.40 |
| BIOLASE INC | MINIVALVE INTERNATIONAL BV | $1,625.00 |
| BIOLASE INC | Molex Incorporated dba. Polymicro Technologies | $4,220.00 |
| BIOLASE INC | MULTIVIEW, INC | $7,300.00 |
| BIOLASE INC | NEWPORT CORPORATION | $394.00 |
| BIOLASE INC | Northrop Grumman Synoptics | $225,633.18 |
| BIOLASE INC | Optek Systems | $247,013.30 |
| BIOLASE INC | ORATECH | $219,800.00 |
| BIOLASE INC | OTX Logistics Inc | $220.00 |
| BIOLASE INC | Pacific Dental H.P. Repair | $3,980.00 |
| BIOLASE INC | PRACTICAL TOOLS | $4,213.35 |
| BIOLASE INC | Precision Services Group | $2,794.74 |
| BIOLASE INC | PROFLEXTRADER | $28,210.00 |
| BIOLASE INC | REATA ENGINEERING AND MACHINE INC | $296.80 |
| BIOLASE INC | RPMC LASERS INC | $43,850.00 |
| BIOLASE INC | RYAN HERCO | $1,715.65 |
| BIOLASE INC | SHENZHEN ZHICHUANGJIAYE TECHNOLOGY CO, LTD | $22,550.00 |
| BIOLASE INC | SHMAZE CUSTOM COATINGS | $18,304.00 |
| BIOLASE INC | STANFORD ADVANCED MATERIALS | $3,570.00 |
| BIOLASE INC | STEUTE MEDITECH INC | $22,500.00 |

| BIOLASE INC | STEVEN LABEL, LLC | $8,439.00 |
| BIOLASE INC | Stracon Inc. | $6,396.50 |
| BIOLASE INC | STRATASYS DIRECT MANUFACTURING | $4,470.00 |
| BIOLASE INC | TD Engineering | $18,049.00 |
| BIOLASE INC | TECHNICAL GLASS PRODUCTS INC | $265.00 |
| BIOLASE INC | Teleflex | $9,996.30 |
| BIOLASE INC | Thin Metal parts | $474.00 |
| BIOLASE INC | Uline Shipping Supplies | $2,151.41 |
| BIOLASE INC | USCALIBRATION INCORPORATED | $1,390.00 |
| BIOLASE INC | V&F Fabrication Co., Inc. | $2,000.00 |
| BIOLASE TECHNOLOGY INC | CDW LLC | $4,119.20 |
| BIOLASE TECHNOLOGY INC | SALESFORCE INC | $0.00 |