**Exhibit 1**

**Final Approved Budget**

(See Attached)

**BIOLASE, Inc.**
**13 Week Cash Forecast**

| | 1<br>Actual<br>W/E<br>10/4/2024 | 2<br>Actual<br>W/E<br>10/11/2024 | 3<br>Actual<br>W/E<br>10/18/2024 | 4<br>Actual<br>W/E<br>10/25/2024 | 5<br>Actual<br>W/E<br>11/1/2024 | 6<br>Actual<br>W/E<br>11/8/2024 | 7<br>Forecast<br>W/E<br>11/15/2024 | 8<br>Forecast<br>W/E<br>11/22/2024 | 9<br>Forecast<br>W/E<br>11/29/2024 | 10<br>Forecast<br>W/E<br>12/6/2024 | 11<br>Forecast<br>W/E<br>12/13/2024 | 12<br>Forecast<br>W/E<br>12/20/2024 | 13<br>Forecast<br>W/E<br>12/27/2024 | Forecast<br>Wind Down |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash, Beginning Balance | 4,210,155 | 4,224,700 | 5,169,256 | 5,055,759 | 4,228,803 | 4,551,912 | 4,502,233 | 1,984,734 | 1,330,352 | 5,620,050 | 5,261,478 | 5,122,907 | 4,964,335 | 4,805,764 |
| Customer receipts [2] | 1,653,845 | 877,620 | 613,909 | 617,182 | 612,222 | 747,539 | 787,553 | 468,230 | 159,130 | | | | | |
| SWK Funding Pre-Petition | - | - | | | | | | | | | | | | |
| SWK Funding Post-Petition | - | 1,429,126 | | | | | | | | | | | | |
| Asset Sale Proceeds (Estimated) | | | | | | | - | - | 20,050,000 | | | | | |
| **Total Cash Beg Bal & Receipts** | **5,863,999** | **6,531,446** | **5,783,165** | **5,672,941** | **4,841,025** | **5,299,451** | **5,289,786** | **2,452,964** | **21,539,482** | **5,620,050** | **5,261,478** | **5,122,907** | **4,964,335** | **4,805,764** |
| Vendor disbursements [2] | (795,646) | (515,955) | (711,204) | (784,420) | (437,401) | (557,187) | (795,372) | (236,920) | - | | | | | |
| Payroll & related disbursements | (997,868) | (368,222) | (180,814) | (880,851) | (90,990) | (629,124) | (91,968) | (657,120) | (1,045,861) | | | | | |
| Sales Tax payments | | (230,788) | (7,840) | | | | (82,073) | | - | | | | | |
| Debtor's professional & fees payments | (390,361) | | - | | | | (1,685,639) | (160,000) | (810,000) | (295,000) | (75,000) | (95,000) | (95,000) | (389,000) |
| SWK's professional & fees payment | | | | | | | (300,000) | (40,000) | (40,000) | (35,000) | (35,000) | (35,000) | (35,000) | (65,000) |
| Committee's professional & fees payment | | | | | | | (350,000) | (28,571) | (28,571) | (28,571) | (28,571) | (28,571) | (28,571) | (28,571) |
| US Trustee Fees | | | | | | | - | | | - | | | | (250,000) |
| Liquidating Trust Funding [1] | | | | | | | | | | | | | | (300,000) |
| Administrative Claim Contingency | | | | | | | | | | | | | | (550,000) |
| GUC Recovery Amount [1] | | | | | | | | | (995,000) | | | | | (300,000) |
| Other Contingency | | | | | | | | | | | | | | (200,000) |
| Breakup + Expenses | | | | | | | | | (13,000,000) | | | | | |
| SWK Distribution | | | | | | | | | | | | | | |
| **Total Disbursements** | **(2,183,876)** | **(1,114,966)** | **(899,857)** | **(1,665,271)** | **(528,391)** | **(1,186,311)** | **(3,305,053)** | **(1,122,611)** | **(15,919,432)** | **(358,571)** | **(138,571)** | **(158,571)** | **(158,571)** | **(2,082,571)** |
| **Cash, Ending Balance** | **3,680,124** | **5,416,480** | **4,883,308** | **4,007,670** | **4,312,634** | **4,113,139** | **1,984,734** | **1,330,352** | **5,620,050** | **5,261,478** | **5,122,907** | **4,964,335** | **4,805,764** | **2,723,193** |

[1] Subject to the confirmation and consummation of a Chapter 11 plan pursuant to the Committee Resolution.
[2] Operating receipts and disbursements are forecasted at this time and may vary in timing and amount.