**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Biolase, Inc., *et al.*,[1] | Case No. 24-12245 (KBO) |
| Debtors. | Jointly Administered |
| | **Hearing Date: December 16, 2024 at 11 a.m. ET**<br>**Obj. Deadline: December 2, 2024 at 4 p.m. ET** |
| | **Re: D.I. 219** |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE THAT** on November 13, 2024, the Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors-in-possession filed the *Application for an Order Authorizing the Retention and Employment of Brinkman Law Group, PC as Counsel to the Official Committee of Unsecured Creditors Effective as of October 14, 2024* [D.I. 219] (the "Application").

**PLEASE TAKE FURTHER NOTICE** that responses, if any to the Application must be made in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, so as to be received by that Court on or before **December 2, 2024 at 4:00 p.m.** Eastern Time (the "Objection Deadline"), and served upon and received by the undersigned proposed counsel for the Committee on or before the Objection Deadline.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Biolase, Inc. (2441); BL Acquisition Corp. (4140); BL Acquisition II, Inc. (6022); and Model Dental Office, LLC (9372).  The Debtors' headquarters are located at 27042 Towne Centre Drive, Suite 270, Foothill Ranch, CA 92610-2811.

**PLESE TAKE FURTHER NOTICE** that, if an objection is timely filed, served, and received, and such objection is not otherwise timely resolved, a hearing with respect to the Application and such objection(s) will be held before the Honorable Karen B. Owens at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware, 19801 on **December 16, 2024 at 11:00 a.m.** Eastern Time.

**IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  November 15, 2024
Wilmington, Delaware

**ESBROOK P.C.**

*/s/ Scott James Leonhardt*
Scott J. Leonhardt (DE Bar No. 4885)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Phone:  (302) 650-7540
Email: scott.leonhardt@esbrook.com

*Proposed Local Counsel to the Official Committee of Unsecured Creditors*