# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Biolase, Inc., *et al.*,[1] | Case No. 24-12245 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 213** |

## CERTIFICATE OF SERVICE

I, HALLIE DREIMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 12, 2024, I caused to be served the "*Second* Amended Notice of Agenda for Hearing on November 12, 2024 at 1:00 p.m. (ET)," dated November 12, 2024 [Docket No. 213], by causing true and correct copies to be to be delivered via electronic mail to those parties listed on the annexed Exhibit A, and to 18 parties whose names and email addresses are confidential, and therefore not included.

*/s/ Hallie Dreiman*
Hallie Dreiman

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Biolase, Inc. (2441); BL Acquisition Corp. (4140); BL Acquisition II, Inc. (6022); and Model Dental Office, LLC (9372). The Debtors' headquarters are located at 27042 Towne Centre Drive, Suite 270, Foothill Ranch, CA 92610-2811.

**EXHIBIT A**

Biolase, Inc., *et al.,*
Case No. 24-12245 (KBO)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| AMERICAN EXPRESS | matthew.heimann@aexp.com |
| AXIAN TECHNOLOGY , INC. | SALES@AXIANTECH.COM; DANIEL@AXIANTECH.COM |
| BANC OF CALIFORNIA | Andrew.Miller@bancofcal.com |
| BANC OF CALIFORNIA | Sheri.Sandoval@bancofcal.com |
| BANK OF AMERICA, N.A. | christian.raaz@bofa.com |
| BANK OF AMERICA, N.A. | danae.connolly@bofa.com; eservice@bankofamerica.com |
| BAY ADVANCED TECHNOLOGIES | MSHEA@BAYAT.COM |
| BLANK ROME LLP | MATTHEW.COMISKY@BLANKROME.COM |
| BP RAPID MANUFACTURING CO LIMITED | SERVICE@BETTERPROTOTYPE.COM |
| BRINKMAN LAW GROUP, PC | FIRM@BRINKMANLAW.COM; DBRINKMAN@BRINKMANLAW.COM; JORY@BRINKMANLAW.COM |
| BROADCASTMED LLC | HILARY.NODEN@BROADCASTMED.COM |
| CASIX, INC | CAIN.NI@CASIX.COM |
| CHONGHONG INDUSTRIES LTD. | JIM@CHONGHONG.COM |
| COMPUTERSHARE TRUST COMPANY (BLTY01) | accounts.receivable@computershare.com |
| CONTOUR METROLOGICAL & MFG., INC. | MDWYER@CMMOPTIC.COM |
| DARCOID COMPANY OF CALIFORNIA | SAL@DARCOID.COM |
| DDH ENTERPRISE INC | TONYDU@DDHENT.Com |
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| DOC MATTER INC. | EAMAZING@DOCMATTER.COM |
| ESBROOK P.C. | SCOTT.LEONHARDT@ESBROOK.COM |
| FABRINET CO, LTD | SELVANC@FABRINET.CO.TH |
| FAEGRE DRINKER BIDDLE & REATH LLP | francis.digiovanni@faegredrinker.com |
| FEDERAL EXPRESS | MARIE.SOLT@FEDEX.COM |
| FOOTHILL CORPORATE 1 MT, LLC | SBOKAMPER@NASASSETS.COM; RJONES@KINGSBARN.COM |
| FORMULA PLASTICS, INC | INFO@FORMULAPLASTICS.COM |
| GREENBERG TRAURIG LLP | MICHELLE.MARTIN@GTLAW.COM |
| HOLLAND & KNIGHT LLP | brent.mcilwain@hklaw.com; Ryan.Magee@hklaw.com |
| INTEGRATED MEDIA SOLUTIONS,LLC | INFO@IMSNY.COM; dbranch@dentalproductshopper.com |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov; dennis.moody@irs.gov |
| INTERNAL REVENUE SERVICE | revenue@phila.gov |
| LASERVISION-USA | INFO@LASERSAFETY.COM |
| NORTHROP GRUMMAN SYNOPTICS | KYLE.LEYSATH@NGC.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | Malcolm.M.Bates@usdoj.gov; USTP.Region03@usdoj.gov |

Biolase, Inc., *et al.,*
Case No. 24-12245 (KBO)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| OPTEK SYSTEMS | DRAMANATHAN@OPTEKSYSTEMS.COM |
| ORATECH | MEGGIN.LAMB@ORATECH.COM |
| PROBER & RAPHAEL, A LAW CORPORATION | cmartin@pralc.com |
| REED SMITH LLP | kgwynne@reedsmith.com; Jangelo@reedsmith.com |
| REED SMITH LLP | Csheaffer@ReedSmith.com; Arozental@reedsmith.com; Kaurzada@reedsmith.com; Mpcooley@reedsmith.com |
| RPMC LASERS INC | INFO@RPMCLASERS.COM |
| SECRETARY OF STATE/DIV OF REVENUE | DOSDOC_FTAX@DELAWARE.GOV |
| SHENZHEN ZHICHUANGJIAYE TECH CO LTD | BILLWANG@ZHICHUANGCREATIVE.COM |
| SIDLEY AUSTIN, LLP | JGARVEY@SIDLEY.COM; DLUTES@SIDLEY.COM |
| SONENDO, INC. | jbostjancic@sonendo.com |
| STATE OF ALABAMA ATTORNEY GENERAL | consumerinterest@Alabamaag.gov |
| STATE OF CALIFORNIA ATTORNEY GENERAL | xavier.becerra@doj.ca.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | AGCARR@law.ga.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF NEW YORK ATTORNEY GENERAL | NYAG.Pressoffice@ag.ny.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | oagwcfu@oag.ok.gov |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF WISCONSIN ATTORNEY GENERAL | dojcommunications@doj.state.wi.us |
| TD ENGINEERING | TDO@TDENGINEER.COM |
| ULTRADENT PRODUCTS, INC. | Kenneth.Bruch@ultradent.com |
| US SMALL BUSINESS ADMINISTRATION | answerdesk@sba.gov |

Biolase, Inc., *et al.,*
Case No. 24-12245 (KBO)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| VANTRON TECHNOLOGY, INC | SALES@VANTRONTECH.COM; Easen.Ho@vantrontech.us |
| WILSON SONSINI GOODRICH & ROSSTI, PC | efay@wsgr.com; HSMILLIE@WSGR.COM |