## EXHIBIT 3

**Payment Request Form**

| | |
|---|---|
| United States Bankruptcy Court for the District of Delaware<br>Biolase, Inc., et al. Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>P.O. Box 4420<br>Beaverton, OR 97076-4420 | To submit your form online please go to https://dm.epiq11.com/Biolase and click on "File a Claim" under "Case Actions." |
| **Name of Debtor:**<br>**Case Number:** | |
| | **For Court Use Only** |

# ADMINISTRATIVE EXPENSE REQUEST FORM                                04/22

**This form is for making an Administrative Expense claim for payment in a bankruptcy case.**

**NOTE: THIS FORM SHOULD NOT BE USED FOR ANY CLAIM THAT IS NOT OF A KIND SPECIFIED UNDER 11 U.S.C. § 503(b) AND ENTITLED TO PRIORITY UNDER 11 U. S.C. §§ 507(a)(2), 507(b), or 1114(e)(2).**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157, and 3571.
**Fill in all the information about the claim as of the date the case was filed.  That date is on the notice of bankruptcy** (Form 309) **that you received.**

**Part 1:  Identify the Claim**

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): _____

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**  ☐ No  ☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditors be sent? (if different) | 4. Does this claim amend one already filed?<br>☐ No<br>☐ Yes.   Claim number on court claims register (if known) _____<br>Filed on _____<br>          MM / DD / YYYY |
|---|---|---|
| _____<br>Name<br>_____<br>Number     Street<br>_____<br>City              State         Zip Code<br>Country (if International): _____<br>Contact phone: _____<br>Contact email: _____ | _____<br>Name<br>_____<br>Number     Street<br>_____<br>City              State         Zip Code<br>Country (if International): _____<br>Contact phone: _____<br>Contact email: _____ | **5. Do you know if anyone else has filed a proof of claim for this claim?**<br>☐ No<br>☐ Yes.   Who made the earlier filing?<br>_____ |

| Part 2: | Give Information About the Claim |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☐ Yes.

Last 4 digits of the debtor's account or any number you use to identify the debtor:

____ ____ ____ ____

**7. How much is the ADMINISTRATIVE EXPENSE CLAIM**:

$ _____

**Does this amount include interest or other charges?**

☐ No

☐ Yes.   Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

☐ Goods sold

☐ Services performed   ☐ **(See attached)**

☐ Money loaned

☐ Personal injury/wrongful death

☐ Taxes

☐ Other (describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)

☐ Wages, salaries, and compensation (Fill out below)

Your social security number _____

Unpaid compensation for services performed

from _____ to _____

    (date)    (date)

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____    _____

                 MM / DD / YYYY     Signature

**Print the name of the person who is completing and signing this claim:**

Name _____

      First name         Middle name        Last name

Title _____

Company _____

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____

      Number       Street

_____

      City               State      Zip Code

Contact Phone _____  Email _____