## EXHIBIT 4

**Publication Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Biolase, Inc.*, et al.*,[1] | Case No. 24-12245 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEADLINES FOR THE FILING OF PROOFS OF CLAIM**
**AND REQUESTS FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**GENERAL BAR DATE: JANUARY [ ], 2025 AT 5:00 P.M. (ET)**
**ADMINISTRATIVE CLAIM BAR DATE: JANUARY [_], 2025 AT 5:00 P.M. (ET)**
**GOVERNMENTAL BAR DATE: MARCH 31, 2025 AT 5:00 P.M. (ET)**

On October 1, 2024, the above-captioned debtors (the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the U.S. Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). The Debtors' chapter 11 cases are jointly administered under case number 24-12245 (KBO).

On December [__], 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. __] (the "Bar Date Order")[2] establishing certain deadlines for the filing of Proofs of Claim and Payment Requests in these cases.

Pursuant to the Bar Date Order, each person or entity (including each individual, partnership, joint venture, corporation, estate, and trust) that wishes to assert a Claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtors that arose, or is deemed to have arisen, before the Petition Date (including Claims entitled to administrative priority status under section 503(b)(9) of the Bankruptcy Code), no matter how remote or contingent such right to payment or equitable remedy may be (with certain limited exceptions as set forth in the Bar Date Order), **MUST FILE A PROOF OF CLAIM** on or before **January [ ] at 5:00 p.m. (prevailing Eastern Time)** (the "General Bar Date"), by sending an original Proof of Claim form to: (if by first-class mail) Biolase, Inc. Claims Processing Center c/o Epiq Corporate Restructuring, LLC, P.O. Box 4420, Beaverton, OR 97076-4420; (if by overnight mail, courier, or hand delivery) Biolase, Inc. Claims Processing

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Biolase, Inc. (2441); BL Acquisition Corp. (4140); BL Acquisition II, Inc. (6022); and Model Dental Office, LLC (9372). The Debtors' headquarters are located at 27042 Towne Centre Drive, Suite 270, Foothill Ranch, CA 92610-2811.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

Center c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005; or by completing the online Proof of Claim form available at https://dm.epiq11.com/case/biolase, so that it is **actually received** on or before the General Bar Date; *provided that*, solely with respect to governmental units (as defined in section 101(27) of the Bankruptcy Code), the deadline for governmental units to file a Proof of Claim is **March 31, 2025 at 5:00 p.m. (prevailing Eastern Time)** (the "Governmental Bar Date").

Each person or entity (including individuals, partnerships, corporations, joint ventures, trusts, and governmental units) that wishes to assert an Administrative Expense Claim against the Debtors' estates that may have arisen on or after the Petition Date through and including November 26, 2024 **MUST FILE A PAYMENT REQUEST FORM** on or before **January [_], 2025 at 5:00 p.m. (prevailing Eastern Time)** (the "Administrative Claim Bar Date") by sending an original Payment Request form to: (if by first-class mail) Biolase, Inc. Claims Processing Center c/o Epiq Corporate Restructuring, LLC, P.O. Box 4420, Beaverton, OR 97076-4420; (if by overnight mail, courier, or hand delivery) Biolase, Inc. Claims Processing Center c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005; or by completing the online Payment Request form available at https://dm.epiq11.com/case/biolase, so that it is **actually received** on or before the Administrative Claim Bar Date.

Any person or entity that wishes to assert a Claim that arises from the rejection of an executory contract or unexpired lease must file a Proof of Claim based on such rejection by the later of (a) the General Bar Date, (b) the date set forth in an order authorizing the Debtors to reject contracts or leases pursuant to section 365 of the Bankruptcy Code (unless the order authorizing such rejection provides otherwise), and (c) thirty (30) days from the later of the date the rejection order is entered and notice of the rejection is provided (the "Rejection Bar Date").

You may be listed as the holder of a Claim in the Schedules. The Schedules are available free of charge on Epiq's website at https://dm.epiq11.com/case/biolase. If you rely on the Schedules, then it is your responsibility to determine that your Claim is accurately listed in the Schedules. If (a) you agree with the nature, amount and status of your Claim as listed in the Schedules, (b) your Claim is NOT described as "disputed," "contingent," or "unliquidated," and (c) you do not dispute that the claim is an obligation of the particular Debtor against which the claim is listed in the Schedules, then you are not required to file a Proof of Claim in these cases with respect to such Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Notice and the Bar Date Order.

If the Debtors amend their Schedules, then the Bar Date for creditors affected by any such amendment shall be the later of (a) the General Bar Date or (b) 5:00 p.m. (Prevailing Eastern Time) on the date that is twenty-one (21) days from the date that the Debtors provided written notice to the affected creditor that the Schedules have been amended (the "Amended Schedules Bar Date").

Proofs of Claim and Payment Request Forms must be sent by overnight mail, courier service, hand delivery, regular mail, or in person, or completed electronically through Epiq's website described above. Proofs of Claim and Payment Request Forms sent by facsimile, telecopy, or electronic mail will **not** be accepted and will **not** be considered properly or timely filed for any purpose in these cases. There are certain limited exemptions from the requirements to file a Proof of Claim and Payment Request Form, which are described in the Bar Date Order.

**ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM OR PAYMENT REQUEST, AS APPLICABLE, IN THESE CASES WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS BUT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM:  (A) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR ESTATES, AND THE DEBTORS AND THEIR PROPERTIES AND ESTATES SHALL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO SUCH CLAIM; AND (B) VOTING ON, OR RECEIVING DISTRIBUTIONS UNDER, ANY CHAPTER 11 PLAN IN THESE CASES OR OTHERWISE IN RESPECT OF OR ON ACCOUNT OF SUCH CLAIM, AND SUCH PERSON OR ENTITY SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR ANY PURPOSE IN THESE CASES.**

The Proof of Claim Form, the Payment Request Form, the Bar Date Order, and all other pleadings filed in these cases are available free of charge on Epiq's website at https://dm.epiq11.com/case/biolase.  If you have questions concerning the filing or processing of Claims, you may contact the Debtors' claims and noticing agent, Epiq, by calling the toll-free information line at (888) 884-0959 for U.S. claimants, or (503) 619-1698 for international claimants, or by submitting an online inquiry via Epiq's website at https://dm.epiq11.com/case/biolase.